IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Griffin, Victor L | Case Number: 08 B 08804 |
| | Judge: Hollis, Pamela S |
| Printed: 12/02/08 | Filed: 4/11/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 20, 2008
Confirmed: June 9, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 1,200.00 | |
| Secured: | | 1,122.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 78.00 |
| Other Funds: | | 0.00 |
| Totals: | 1,200.00 | 1,200.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Indymac Bank | Secured | 0.00 | 0.00 |
| 2. | Chase Automotive Finance | Secured | 0.00 | 0.00 |
| 3. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 4. | SPS Payment Systems | Secured | 0.00 | 0.00 |
| 5. | Taylor Bean And Whitaker Mortgage Compan | Secured | 0.00 | 0.00 |
| 6. | Taylor Bean And Whitaker Mortgage Compan | Secured | 0.00 | 0.00 |
| 7. | HSBC Mortgage Services | Secured | 3,000.00 | 85.38 |
| 8. | Indymac Bank | Secured | 22,618.48 | 643.74 |
| 9. | Countrywide Home Loans Inc. | Secured | 10,304.49 | 293.27 |
| 10. | CitiMortgage Inc | Secured | 3,500.00 | 99.61 |
| 11. | Resurgent Capital Services | Unsecured | 1,125.14 | 0.00 |
| 12. | Peoples Energy Corp | Unsecured | 2,867.26 | 0.00 |
| 13. | ECast Settlement Corp | Unsecured | 280.54 | 0.00 |
| 14. | ECast Settlement Corp | Unsecured | 1,795.78 | 0.00 |
| 15. | Portfolio Recovery Associates | Unsecured | 436.65 | 0.00 |
| 16. | Verizon Wireless Midwest | Unsecured | 1,340.60 | 0.00 |
| 17. | ECast Settlement Corp | Unsecured | 1,659.70 | 0.00 |
| 18. | ECast Settlement Corp | Unsecured | 996.58 | 0.00 |
| 19. | Indymac Bank | Secured | | No Claim Filed |
| 20. | Countrywide Home Loans Inc. | Secured | | No Claim Filed |
| 21. | Taylor Bean And Whitaker Mortgage Compan | Secured | | No Claim Filed |
| 22. | RPM Inc | Unsecured | | No Claim Filed |
| 23. | Thd/Cbsd | Unsecured | | No Claim Filed |
| 24. | Sprint | Unsecured | | No Claim Filed |
| 25. | WFNNB/Harlem Furniture | Unsecured | | No Claim Filed |
| | | | $ 49,925.22 | $ 1,122.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Griffin, Victor L

Printed: 12/02/08

Case Number:  08 B 08804
Judge:  Hollis, Pamela S
Filed:  4/11/08

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 78.00 |
|  | $ 78.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

